[No. 6351-8-III. Division Three. July 9, 1985.]

RICHARD BARTH, *Appellant*, v. JOHN ROBINSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 37206, Fred Van Sickle, J., entered February 14, 1984. *Reversed* and *remanded* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 6414-0-III. Division Three. July 11, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM JACK BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. C-2181, Ted Kolbaba, J., entered March 21, 1984. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Thompson, J.

[No. 6316-0-III. Division Three. July 11, 1985.]

E. SHELDON BLOOMER, ET AL, *Respondents*, v. KENNETH C. SCHMITT, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 82-2-03156-3, William G. Luscher, J., entered January 25, 1984. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Thompson, J.